■ In the Matter of NEIL HUTCHINS, a Suspended Attorney. [784 NYS2d 851]—Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective April 1, 2005, as indicated. Concur—Buckley, P.J., Sullivan, Ellerin, Williams and Gonzalez, JJ.